Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Laurel J. Holland
Assistant United States Attorney
825 Jadwin Avenue
Richland, WA 99352
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 09 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD ALAN NOTT,<br><br>Defendant. | 4:24-CR-6001-MKD<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 2252A(a)(2)(A)(b)(1)<br>Distribution of Child Pornography<br>(Count 1)<br><br>18 U.S.C. § 2252A(a)(5)(B), (b)(2)<br>Possession of Child Pornography<br>(Count 2)<br><br>18 U.S.C. § 2253<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Between on or about December 29, 2022, and continuing through on or about March 16, 2023, in the Eastern District of Washington, the Defendant, GERALD ALAN NOTT, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), which had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: images depicting minor and prepubescent children engaging in sexually explicit conduct,

INDICTMENT – 1

including, but not limited to, the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 2

On or about March 16, 2023, in the Eastern District of Washington, the Defendant, GERALD ALAN NOTT, did knowingly possess material that contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; which had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped and transported in interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures. Pursuant to 18 U.S.C. § 2253, upon conviction of any of the child pornography charges set forth in Counts 1 or 2 of this Indictment, the Defendant, GERALD ALAN NOTT, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including but not limited to:

INDICTMENT – 2

- a Samsung Tablet, serial number R52N60PMDHB, and/or
- a Samsung Tablet, serial number R52J6012KGT.

DATED this ___ day of January, 2024.

A TRUE BILL



*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Laurel Holland*
Laurel J. Holland
Assistant United States Attorney

INDICTMENT – 3